NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000669
17-JAN-2012
08:23 AM**

NO. CAAP-11-0000669

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF HAWAII, Plaintiff-Appellee, v.
KENNETH CAMBRON and POLINA CAMBRON, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC-CIVIL NO. 11-1-1463)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon review of the record, it appears that: (1) on
September 9, 2011, Defendants-Appellants Kenneth Cambron and
Polina Cambron (Appellants) filed a notice of appeal, but they
did not pay the filing fee; (2) on December 15, 2011, the
appellate clerk informed Appellants that the filing fee was not
paid and that the record cannot be prepared and filed without
payment of the filing fee or an order allowing Appellants to
proceed in forma pauperis pursuant to Hawai'i Rules of Appellate
Procedure (HRAP) Rule 24; (3) the appellate clerk further
informed Appellants that the matter would be called to the
attention of the court on December 25, 2011 for such action as

the court deemed proper pursuant to HRAP Rule 11(c)(2), including dismissal of the appeal; and (4) thereafter, Appellants did not pay the filing fee or submit a motion to proceed in forma pauperis.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, January 17, 2012.

Chief Judge

Associate Judge

Associate Judge